# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR422 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROSE MEROLLA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of W. Russell Bowie to withdraw as counsel for the defendant, Rose Merolla (Merolla) (Filing No. 49). Mr. Bowie has been appointed a district judge for Douglas County, Nebraska, and will no longer be able to represent Merolla. Mr. Bowie's motion to withdraw (Filing No. 49) is granted.

Since Mr. Bowie was retained by Merolla, Merolla shall cause a substitute counsel to enter an appearance in this matter **on or before April 4, 2006.** In the absence of such an appearance, Merolla will appear before the undersigned magistrate judge in courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:00 a.m. on April 5, 2006**, for a hearing as to the status of her representation in this matter.

Mr. Bowie shall return the discovery materials provided the defendant by the government to government's counsel who shall hold such materials for transfer to Merolla's new counsel.

Mr. Bowie shall provide a copy of this order to Merolla and explain to her the significance of the order.

**IT IS SO ORDERED.**

DATED this 24th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge